United States Bankruptcy Court
Middle District of Florida

In re:                                                                    Case No. 10-01252-PMG
Daniel Leon Bergman                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 113A-3          User: chapdkt          Page 1 of 2          Date Rcvd: Mar 05, 2013
                             Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 07, 2013.
   NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18535153      +E-mail/Text: bncmail@w-legal.com Mar 06 2013 08:48:51      Candica, LLC,
         c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
                                                                                          TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 07, 2013**          **Signature:** _Joseph Speetjens_

```
District/off: 113A-3          User: chapdkt          Page 2 of 2          Date Rcvd: Mar 05, 2013
                              Form ID: trc            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 4, 2013 at the address(es) listed below:
              Christopher R DeMetros    on behalf of Debtor Daniel Bergman court@jacksonvillebankruptcy.com
              Douglas W. Neway    court@ch13jaxfl.com,
               courtdailysummary@ch13jaxfl.com;courtdailybackup@ch13jaxfl.com;mbrown@ch13jaxfl.com
              Edward C. Tannen    on behalf of Creditor  Mike Hogan, Duval County Tax Collector SharonC@coj.net
              Kevin Alan Comer    on behalf of Creditor  NationStar Mortgage, LLC bkfiling@consuegralaw.com
              Richard S. Ralston    on behalf of Creditor  Candica LLC richardr@w-legal.com,
               chapter-13@w-legal.com
              United States Trustee - JAX 13/7    USTP.Region21.OR.ECF@usdoj.gov
                                                                        TOTAL: 6

**210B (12/09**)

# United States Bankruptcy Court

Middle District of Florida
Case No. 3:10-bk-01252-PMG
Chapter 13

In re: Debtor(s) (including Name and Address)

Daniel Leon Bergman
3801 N Trapani Drive
St. Augustine FL 32092

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/04/2013.

Name and Address of Alleged Transferor(s):

Claim No. 4: Candica, LLC, c/o Weinstein & Riley, P.S., 2001 Western Ave., Ste. 400, Seattle, WA 98121

Name and Address of Transferee:

Vanda, LLC
c/o Weinstein & Riley, P.S.
2001 Western Ave., Ste. 400
Seattle, WA 98121

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   03/07/13

Lee Ann Bennett
**CLERK OF THE COURT**