UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

RE:                               )
                                  )   Case No. 3:10-BK-01252-PMG
    Daniel Leon Bergman           )
                                  )   Judge - Paul M. Glenn
                                  )
        Debtor(s)                 )

FILED VIA MAIL
JACKSONVILLE, FLORIDA
FEB 8 2016
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to move the Court to enter an order directing payment of unclaimed funds now on deposit in the Registry of the United States Bankruptcy Court. Claimant is a Creditor in the above captioned bankruptcy case and on whose behalf funds were deposited. I have a right to claim said funds due to the following:

RBC Bank (USA) Merged with and into PNC Bank, National Association as evidenced by exhibit A. Since RBC Bank (USA) as a whole merged with and into PNC Bank, National Association there was no purchase/sale of the assets.

The creditor's current mailing address is:

PNC Bank, National Association
Attn: David L. Zive, 1600 Market Street, 28th Floor, Philadelphia, PA 19103
215-585-6351
Last Four Digits of SS# or Tax ID Number: 6430
Amount of Claim: $34,337.06

Claimant certifies under penalty of perjury that all statements made by Claimant on this motion and any attachments required for this Motion is, to the best of Claimant's knowledge, true and correct. Accordingly, Claimant requests the Court to enter an Order authorizing payment of the dividend due upon this claim.

I certify that I have mailed a copy of this Motion to the U.S. Attorney, Attn: Civil Procedures Clerk, 400 N. Tampa St., Ste. 3200, Tampa, FL 33602.

Date: 1-21-2016

Martin J. Weiss - Vice President
PNC Bank, National Association

Sworn and subscribed to, before me
this 21ST day of January, 2016

Notary Public
for State of OHIO, County of Montgomery
Commission Expires: October 19, 2020

JOHN E BROSHES
NOTARY PUBLIC
STATE OF OHIO
Comm. Expires
October 19, 2020

## AFFIDAVIT OF SERVICE ON THE UNITED STATES ATTORNEY

In compliance with 28 USC section 2042, notice is hereby given that on  1-21-2016  a copy of the Application for Release of Unclaimed Funds was served on the United States Attorney for the Middle District of Florida by U.S. Mail (postage fully paid) at the following addresses:

U.S. Attorney
Attn: Civil Procedures Clerk
400 N .Tampa Street, Ste 3200
Tampa, FL 33602

Date: 1-21-2016

_____
Martin J. Weiss
Vice President
PNC Bank, National Association
1600 Market Street, 28th Floor
Philadelphia, PA 19103

Sworn and subscribed to, before me
this  21st  day of  January , 20 16
_____
Notary Public
for State of  OHIO , County of  Montgomery
Commission Expires:  October 19, 2020



JOHN E BROSHES
NOTARY PUBLIC
STATE OF OHIO
Comm. Expires
October 19, 2020

## CERTIFICATE OF SERVICE OF APPLICATION

Notice is hereby given that on _____1-21-2016_____ a copy of the Application for Release of Unclaimed Funds was served on the following parties for the Middle District of Florida by U.S. Mail at the following addresses:

U.S. Attorney
Attn: Civil Procedures Clerk
400 N. Tampa Street, Ste 3200
Tampa, FL 33602

U.S. Trustee
501 E. Polk Street, Suite 1200
Tampa, FL 33602

Daniel Leon Bergman
3801 N Trapani Drive
St. Augustine, FL 32092

Furthermore, a copy of the Application for Release of Unclaimed Funds was served on the following parties for the Middle District of Florida by electronic mail at the following email addresses:

Kevin B Paysinger
Attorney for Debtor
court@lansingroy.com

Douglas W. Neway
Case Trustee
court@ch13jaxfl.com

Dated: __1-21-2016__

Martin J. Weiss - Vice President
PNC Bank, National Association
1600 Market Street, 28th Floor
Philadelphia, PA 19103

PNC

Martin J. Weiss
Vice President, Asset Resolution
T 937-910-4580  T 800-367-9305 Ext 937-910-4580
martin.weiss@pnc.com  F 888-331-7382

The PNC Financial Services Group
3232 Newmark Drive  B6-YM15-01-6
Miamisburg Ohio 45342





CERTIFICATE

The undersigned, <u>Ruby G. Altizer</u>, a duly appointed <u>Assistant Secretary</u> of PNC Bank, National Association (the "Bank"), does hereby certify that:

(1) the following is a true and correct copy of an excerpt from the By-Laws of the Bank and a true and correct copy of Resolutions adopted by the Board of Directors of the Bank on April 28, 2015;

(2) the excerpt from the By-Laws of the Bank and Resolutions described above are in full force and effect as of the date of this Certificate; and

(3) <u>Martin James Weiss</u> is a duly appointed <u>Vice President</u> of the Bank.

*Excerpt from By-Laws of PNC Bank, National Association*

"<u>Article VI. General Powers of Officers</u>

<u>Section 1</u>. The corporate seal of the Bank may be imprinted or affixed by any process. The Secretary and any other officers authorized by resolution of the Board of Directors shall have authority to affix and attest the corporate seal of the Bank.

<u>Section 2.</u> The authority of officers and employees of this Bank to execute documents and instruments on its behalf in cases not specifically provided for in these By-Laws shall be as determined from time to time by the Board of Directors, or, in the case of employees, by officers in accordance with authority given them by the Board of Directors."

*Board Resolutions Adopted April 28, 2015*

WHEREAS, pursuant to the By-Laws of PNC Bank, National Association (the "Bank"), the board of directors ("Board"), seeks to grant authority to certain officers to take the actions evidenced herein.

NOW, THEREFORE, BE IT RESOLVED, that the Chairman of the Board, the Chief Executive Officer, the President, each Senior Vice Chairman, each Vice Chairman, each Executive Vice President, each Senior Vice President, each Vice President, each Assistant Vice President, the Treasurer and each Assistant Treasurer, the Cashier and each Assistant Cashier, the Secretary and each Assistant Secretary, each Trust Officer and Assistant Trust Officer, each Chief Investment Officer, each Regional President or chief executive of a business region, the General Counsel, the Senior Deputy General Counsel, each Deputy General Counsel and each Chief Counsel (the "Authorizing Officers") of PNC Bank, National Association (the "Bank") shall have the authority to affix and attest the seal of the Bank;

RESOLVED FURTHER, that the Authorizing Officers of the Bank, and any other officers acting at the discretion of any officer authorized to affix and attest the seal of the Bank, are and each of them is hereby authorized and empowered in the name and on behalf of the Bank to execute, acknowledge and deliver any and all agreements, instruments, or other documents relating to the

**Member of The PNC Financial Services Group**

One PNC Plaza  249 Fifth Avenue  Pittsburgh  Pennsylvania  15222-2707
www.pnc.com

property or rights of all kinds held or owned by the Bank or to the operation of the Bank, either for its own account or in any agency or fiduciary capacity. Notwithstanding the foregoing, any and all agreements of sale, contracts, deeds and other documentation pertaining to the purchase, sale or transfer of real estate or buildings occupied by the Bank in the transaction of its business shall be executed in accordance with the terms of resolutions adopted from time to time in connection therewith and specifically designating the officer or officers authorized to execute the same;

RESOLVED FURTHER, that the Bank's Chairman of the Board, Chief Executive Officer, President, Secretary, or any Senior Vice Chairman, Vice Chairman, or Executive Vice President or any of them, is authorized to name, constitute and appoint such person or persons as they or any of them deem necessary as attorney-in-fact for the Bank, to execute documents for and in its name and stead, and to perform all other acts, deeds and things as may be required to effect the particular transactions for which the appointment is made;

RESOLVED FURTHER, that the Bank's Chairman of the Board, Chief Executive Officer, President, Secretary, or any Senior Vice Chairman, Vice Chairman, or Executive Vice President or any of them, is authorized to name, constitute and appoint such person or persons employed by the Corporation or any of its wholly owned direct or indirect subsidiaries as they or any of them deem necessary as attorney-in-fact for the Bank, to execute documents for and in its name and stead, and to perform all other acts, deeds and things as may be required to effect the particular transactions for which the appointment is made;

RESOLVED FURTHER, that any officer of the Bank and any non-officer employee of the Corporation or the Bank (or any affiliate of the Corporation or Bank) designated in writing by the Chief Executive Officer, the President, any Senior Vice Chairman, Vice Chairman, Executive Vice President or Senior Vice President of the Corporation or Bank, are each hereby authorized and empowered:

(a) To sign or countersign checks, drafts, acceptances, guarantees of signatures on assignments of securities, certificates of securities of entities for whom the Bank is acting as registrar or transfer agent or in a fiduciary or representative capacity, correspondence or other papers or documents not ordinarily requiring execution under seal;

(b) To receive any sums of money or property due or owing to the Bank in its own right, as an agent for another party, or in any fiduciary or representative capacity and, either as attorney-in-fact for the Bank or otherwise, to sign or countersign agreements, instruments, or other documents related to the foreclosure of residential real estate loans owned or serviced by the Corporation or the Bank or the enforcement of any other rights and remedies with respect to such loans (including, without limitation, in a bankruptcy or insolvency proceeding), including, without limitation, correspondence, affidavits, certifications, declarations, deeds, substitutions of trustee, verifications, assignments, powers of attorney, sales contracts or any other papers or documents, to execute any instrument of satisfaction for any mortgage, deed of trust, judgment or lien in the Office of the Recorder of Deeds, Prothonotary, or other office or court of record in any jurisdiction, provided, however, that in respect to any mortgage or deed of trust made to this Bank as trustee for bondholders, the foregoing authority shall be exercised only pursuant to an authorization of the Board of Directors or committee of the Board of Directors with oversight of fiduciary risk;

General

RESOLVED FURTHER, that the Authorized Officers of the Bank, and each of them, are authorized to do any and all things and to take any and all actions in connection with these resolutions, including, but not limited to, the execution, delivery, acknowledgement, submitting, filing, recording and sealing of all documents, certificates, statements or other instruments, and the making of any expenditures, which such officers may deem necessary or advisable in order to carry out the intent and purposes of these resolutions;

RESOLVED FURTHER, that all actions heretofore taken by any of the officers, representatives or agents of the Bank, by or on behalf of the Bank or any of its affiliates in connection with the foregoing resolutions be, and each of the same is, ratified and approved; and

RESOLVED FURTHER, that for purposes of the foregoing resolutions, the term "Authorized Officer" shall mean and include, as applicable, the Chairman, Chief Executive Officer, President, Senior Vice Chairman, Chief Financial Officer, Secretary or Treasurer of the Bank, or any Vice Chairman, Executive Vice President, Senior Vice President, Vice President, Assistant Secretary or Assistant Treasurer of the Bank or any other duly appointed officer of the Bank.

IN WITNESS WHEREOF, the undersigned has hereunto set her hand and affixed the seal of the Association this 15th day of October, 2015.

Ruby G. Altizer

[PNC BANK NATIONAL ASSOCIATION SEAL]

FDIC: BankFind Details



BankFind Home    Return to BankFind Results               Glossary    Questions & Suggestions

# RBC Bank (USA) (FDIC #: 33184)
Status: Inactive • Inactive as of March 2, 2012
RBC Bank (USA) was merged or acquired without government assistance

Data as of: April 2, 2014

[Print this page]   [Download]

[Overview]                              [Locations]
History                                 [Identifications]
[Financials]

## History of RBC Bank (USA) (FDIC #: 33184) in Rocky Mount, NC

This institution is currently part of PNC Bank, National Association, Wilmington, DE (FDIC #: 6384)

☐ Show Acquisitions

| Date | Event |
|---|---|
| 11/3/1990 | Institution established: Original name: Centura Bank (33184) |
| 10/30/2001 | Changed name to **RBC Centura Bank** (33184) |
| 10/12/2006 | Moved bank headquarters from ROCKY MOUNT, NC to RALEIGH, NC |
| 4/5/2008 | Changed name to **RBC Bank (USA)** (33184) |
| 3/2/2012 | **Merged into and subsequently operated as part of PNC Bank, National Association (6384) in WILMINGTON, DE** |
| 9/4/2012 | Reorganized. |

Home | Contact Us | Privacy Policy | Search

Exhibit ___A___

| Form **W-9**<br>(Rev. August 2013)<br>Department of the Treasury<br>Internal Revenue Service | **Request for Taxpayer<br>Identification Number and Certification** | Give Form to the<br>requester. Do not<br>send to the IRS. |
|---|---|---|

Name (as shown on your income tax return)
**PNC Bank, National Association**

Business name/disregarded entity name, if different from above

Check appropriate box for federal tax classification:
- ☐ Individual/sole proprietor
- ☐ C Corporation
- ☐ S Corporation
- ☐ Partnership
- ☐ Trust/estate
- ☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ _____
- ☑ Other (see instructions) ▶ National Bank

Exemptions (see instructions):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

Address (number, street, and apt. or suite no.)
**1600 Market Street, 28th Floor**

City, state, and ZIP code
**Philadelphia, PA 19103**

Requester's name and address (optional)

List account number(s) here (optional)

## Part I  Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

Note. If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number

Employer identification number
**2 2 - 1 1 4 6 4 3 1**

## Part II  Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. citizen or other U.S. person (defined below), and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

Sign Here  Signature of U.S. person ▶ *[signature]*  Date ▶ 1/17/14

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** The IRS has created a page on IRS.gov for information about Form W-9, at *www.irs.gov/w9*. Information about any future developments affecting Form W-9 (such as legislation enacted after we release it) will be posted on that page.

### Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, payments made to you in settlement of payment card and third party network transactions, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),
2. Certify that you are not subject to backup withholding, or
3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct.

**Note.** If you are a U.S. person and a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:
- An individual who is a U.S. citizen or U.S. resident alien,
- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,
- An estate (other than a foreign estate), or
- A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax under section 1446 on any foreign partners' share of effectively connected taxable income from such business. Further, in certain cases where a Form W-9 has not been received, the rules under section 1446 require a partnership to presume that a partner is a foreign person, and pay the section 1446 withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid section 1446 withholding on your share of partnership income.

Cat. No. 10231X    Form **W-9** (Rev. 8-2013)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

RE: )
)  Case No. 3:10-BK-01252-PMG
Daniel Leon Bergman )
)  Judge - Paul M. Glenn
Debtor(s) )

## ORDER DIRECTING RELEASE OF UNCLAIMED FUNDS

This case came before the Court upon the motion filed by PNC Bank, National Association, a party in the above referenced case, for release of funds being held in the Court's registry account of unclaimed funds. Upon consideration the Court finds that the party has furnished all necessary documentation and otherwise has complied with the requirements for release of the unclaimed funds.

IT IS ORDERED that the motion is granted and that the Clerk of Court shall pay the unclaimed funds in the amount of $34,337.06 to PNC Bank, National Association, Attn: David L. Zive 1600 Market Street, 28th Floor, Philadelphia, PA 19103.

Dated: _____

_____
Paul M. Glenn
United States Bankruptcy Judge

Copy furnished to Financial Administrator
United States Attorney

United State Bankruptcy Court
Middle District of Florida
Attn: Financial Administrator
300 North Hogan Street
Jacksonville, FL 32202

RE: Application for the Release of Unclaimed Funds

Dear Sir or Madam:

I am applying to the US Bankruptcy Court, Middle District of Florida for the release of the unclaimed monies due and owing to RBC Bank for the amount of $34,337.06. This is from the bankruptcy of Daniel Leon Bergman and Case No. 3:10-BK-01252-PMG.

If you have any questions or require any further information, I can be reached at 425-836-5728. Thank you for your attention to this matter.

Sincerely,

Martin J. Weiss
Vice President