[Dogmuf] [Order Granting Motion for Payment Unclaimed Funds]

ORDERED.

Dated: March 3, 2016

Paul M. Glenn
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:                                                          Case No. 3:10-bk-01252-PMG
                                                                Chapter 13
Daniel Leon Bergman

_____Debtor*_____/

**ORDER GRANTING MOTION FOR PAYMENT OF UNCLAIMED FUNDS**

THIS CASE came on for consideration, without a hearing, of the Motion for Payment of Unclaimed Funds (the "Motion"). The Motion was filed on February 8, 2016, by PNC Bank, National Association, successor in interest to RBC Bank. Having verified that the sum of $ 34,337.06 has been deposited in the Unclaimed Funds Registry of the Court, the Court finds that the Motion should be granted.

Accordingly it is

**ORDERED:**

1. The Motion is granted.

2. The Court's Financial Deputy shall prepare a payment voucher to be sent to the United States District Court in Orlando, Florida, for payment of the sum of $ 34,337.06 to:

PNC Bank, National Association
Attn: David L. Zive
1600 Market Street, 28th Floor
Philadelphia, PA 19103

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

The Clerk's office is directed to serve a copy of this order on interested parties.

Original to Financial Administrator